UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| PRESTON WADE SIMPSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-CV-196 DDN |
| CHRIS CROSS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Plaintiff's motion for appointment of counsel to represent him on appeal will also be denied. Plaintiff may seek counsel in the Eighth Circuit Court of Appeals.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 12] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for appointment of counsel [ECF No. 14] is **DENIED**. Plaintiff may seek counsel in the Eighth Circuit Court of Appeals.

Dated this 9th day of April, 2021.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE